JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN BOBKA, | Case No. 2:20-cv-11521-MWF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, ET AL., | |
| Respondent(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: July 26, 2021

MICHAEL W. FITZGERALD
United States District Judge